United States Court of Appeals
 for the district of columbia circuit

 
 Division for the Purpose of
 Appointing Independent Counsels

 Ethics in Government Act of 1978, As Amended

 
In re: Alphonso Michael (Mike) Espy Division No. 94-2

Before: Sentelle, Presiding, and Butzner and Fay, Senior Circuit Judges.

 O R D E R

 Upon consideration of the Office of Independent Counsel's Application for Referral of a
Related Matter Pursuant to 28 U.S.C.  594(e), filed under seal on May 28, 1998, the Opposition
of the United States to the Application for Referral, and the Reply of the Independent Counsel in
Support of the Application, it is hereby
 ORDERED that the application for the referral of a related matter is denied for the
reasons set forth in the accompanying opinion. It is
 FURTHER ORDERED that the underlying filings of the Independent Counsel and the
Attorney General, referenced above, remain under seal.
 Per Curiam
 For the Court:
 Mark J. Langer, Clerk
 by Marilyn R. Sargent
 Chief Deputy Clerk

Filed on June 12, 1998